UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**KELSEY VANDERBY**, an individual,                          Hon. Paul L. Maloney
        Plaintiff,                                                     Case No. 1:21-cv-637

v.

**KDN CONSTRUCTION GROUP, LLC,** a
Domestic Limited Liability Company,
and **DEREK NIBLICK**,
an individual, jointly and severally,
        Defendants.

| **AVANTI LAW GROUP, PLLC**<br>Robert Anthony Alvarez (P66954)<br>Attorney for Plaintiff<br>600 28th St. SW<br>Wyoming, MI 49509<br>(616) 257-6807<br>ralvarez@avantilaw.com | |
|---|---|

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

      Plaintiff Kelsey Vanderby, through her attorneys, Avanti Law Group, PLLC, requests that the court enter the attached Proposed Default Judgment in the amount of three thousand five hundred thirty nine dollars and six cents ($3,539.06) against Defendants KDN Construction Group, LLC and Derek Niblick, pursuant to Federal Rule of Civil Procedure 55(b). *Exhibit A*. In support of this request Plaintiff relies upon the record in this case and the affidavit submitted herein. *Exhibit B*.

Date: October 5, 2021                                          Respectfully submitted,

                                                        */s/ Robert Anthony Alvarez*
                                                        Robert Anthony Alvarez (P66954)
                                                        Avanti Law Group, PLLC
                                                        Attorneys for Plaintiff