UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| KELSEY VANDERBY, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:21-cv-637 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| KDN CONSTRUCTION GROUP, LLC and DEREK NIBLICK, | ) ) | |
| Defendants. | ) ) | |

## JUDGMENT

The Court has concluded that Plaintiff no longer has a personal stake in the litigation and has dismissed the lawsuit for lack of subject-matter jurisdiction. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   October 8, 2021                                          /s/  Paul L. Maloney
                                                                                   Paul L. Maloney
                                                                                   United States District Judge